UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BRANDON THOMAS, By His Mother And
GUARDIAN, CLAUDETTE JEFFREY, and
CLAUDETTE JEFFREY, Individually,

                Plaintiffs,

    -against-

THE THRIVE NETWORK, INC., and CHARLES
ARCHER, Individually and in his Official Capacity
as Chief Executive Officer of The Thrive Network,
TAWANNA CARTER, Individually and in her
Official Capacity, and GLENDA FRAZIER, Individually
and in her Official Capacity,

                Defendants.
------------------------------------------------------------------X

**NOTICE OF MOTION**

**18 Civ. 3188 (MKB) (SMG)**

**ECF CASE**

    **PLEASE TAKE NOTICE THAT** at a date and time set by the Court, in the courtroom of United States Magistrate Judge Steven M. Gold, located at 225 Cadman Plaza East, Brooklyn, NY 11201, Plaintiffs, through their attorneys Jon L. Norinsberg, PLLC, will move the Court pursuant to Fed. R. Civ. P. Rule 17, for an Order appointing Claudette Jeffrey as the guardian *ad litem* for her son, Plaintiff Brandon Thomas.

    **PLEASE TAKE FURTHER NOTICE THAT** the motion herein is based upon the notice of motion, and the Declaration in support thereof.

Dated: New York, New York
       January 16, 2019

                                      **JON L. NORINSBERG, PLLC**

                               By:_____
                                  John J. Meehan
                                  *Attorneys for Plaintiff*
                                  225 Broadway, Suite 2700
                                  New York, N.Y. 10007
                                  Tel.: (212) 791-5396
                                  Fax: (212) 406-6890

*To:*     *Counsel for all defendants*

Case 1:18-cv-03188-MKB-SMG   Document 30   Filed 01/16/19   Page 2 of 2 PageID #: 132